UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY T. JONES,<br>  Plaintiff, | )<br>)<br>)  Case No. 21-3128<br>) |
| LINCOLN POLICE DEPARTMENT, et.al.<br>  Defendants | )<br>) |

ORDER

JAMES E. SHADID, U.S. District Judge:

Plaintiff filed his original complaint *pro se* and ultimately paid the filing fee in full. [1]; December 2, 2021, Text Order. On April 7, 2022, the Court reviewed and dismissed the complaint as a violation of Federal Rules of Civil Procedure 8, 18, and 20 and failure to state a claim upon which relief could be granted. *See* April 7, 2022, Order.

On April 21, 2022, counsel entered her appearance on behalf of the Plaintiff and requested an extension of time to file an Amended Complaint. [11, 12]. The Court granted the motion and set a new, June 29, 2022, deadline. *See* April 25, 2022, Text Order. Plaintiff then filed a second motion for an extension of time which was also granted. [13]; s*ee* September 19, 2022 Text Order. The final deadline was September 29, 2022.

Plaintiff filed his Motion for Leave to File an Amended Complaint on October 9, 2022. [14]. Nonetheless, the Court found Plaintiff had established excusable neglect for the short delay and there was limited prejudice to the unserved Defendants. *See* November 4, 2022 Order. The motion was therefore granted, and the amended complaint was filed.

1

The Court also noted while Plaintiff's original complaint listed 22 Defendants, the Amended Complaint identified nine. The Court dismissed those individuals who were no longer included in the litigation. Finally, since Plaintiff had never been granted leave to proceed *in forma pauperis* he was reminded: "Plaintiff is responsible for timely service of the Defendants." November 4, 2022 Order, p. 4.

On April 10, 2023, the Court noted Plaintiff had "filed nothing further in the five months since the order was entered and there is no indication any Defendant has been served." April 10, 2023 Text Order.

> Federal Rule of Civil Procedure 4(m) states [i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed.R.Civ.P. 4(m). However, if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. *Id.* **Plaintiff has 14 days or on or before April 24, 2023, to demonstrate why this case should not be dismissed without prejudice for failure to obtain service of the Defendants.** April 10, 2023, Text Order (emphasis in original).

Plaintiff has filed nothing further. Plaintiff has failed to demonstrate any attempt to serve the named Defendants in nearly six months.

IT IS THEREFORE ORDERED this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the Defendants. Entered this 27th day of April, 2023.

s/ James E. Shadid
_____
JAMES E. SHADID
UNITED STATES DISTRICT JUDGE